AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America<br>v.<br><br>MICHAEL NGUYEN<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.  2:23-cr-00237-JAD-NJK |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>before: Magistrate Judge Daniel J. Albregts |
|---|---|
| **Courtroom No.:** | 3A |
| **Date and Time:** | 2/15/2024 2:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:     2/14/24

*Judge's signature*

DANIEL J. ALBREGTS, U. S.Magistrate Judge
*Printed name and title*



FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 1 4 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY