RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Michael Nguyen

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>            v.<br><br>MICHAEL NGUYEN,<br><br>                       Defendant. | Case No. 2:23-cr-00237-JAD-NJK-1<br><br>ORDER TO CONTINUE PRELIMINARY REVOCATION HEARING<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Michael Nguyen, that the Preliminary Revocation Hearing currently scheduled on February 26, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to prepare for Preliminary Revocation Hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1 | This is the first request for a continuance of the preliminary revocation hearing.

2 | DATED this 23rd day of February, 2024.

| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |

| By /s/ Benjamin F. J. Nemec | By /s/ Robert Knief |
| BENJAMIN F. J. NEMEC | ROBERT KNIEF |
| Assistant Federal Public Defender | Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL NGUYEN,<br><br>    Defendant. | Case No. 2:23-cr-00237-JAD-NJK-1<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the preliminary revocation hearing currently scheduled for Monday, February 26, 2024 at 1:00 p.m., be vacated and continued to March 11, 2024, at 1:30 p.m., courtroom to be determined at a later date.

    DATED this 26th day of February, 2024.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3