UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL NGUYEN,<br><br>　　　　Defendant. | Case No. 2:23-cr-00237-JAD-NJK-1<br><br>**ORDER**<br><br><br>ECF No. 21 |

　　Based on the parties' stipulation IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, February 28, 2024 at 10:30 a.m., be vacated and continued to March 18, 2024, at 10:30 a.m.

　　DATED this 26th day of February, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE